UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN W. PARKER, | ) |
| Plaintiff, | ) |
| vs. | ) No: 1:14-cv-0348 JMS-DKL |
| CSX TRANSPORTATION, INC., A railroad corporation, | ) |
| Defendant. | ) |

**COMPLAINT**
**(FEDERAL EMPLOYERS' LIABILITY ACT)**

COMES NOW the plaintiff, John W. Parker, by and through his attorneys, The Brennan Law Firm, P.C., and for his Complaint against the defendant, CSX Transportation, Inc., a railroad corporation, states as follows:

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C. §51-60, as hereinafter more fully shown.

2. That at all times mentioned herein, defendant was a railroad corporation, organized and existing by virtue of law, engaged in interstate transportation and commerce, which did and does do business in this district.

3. That on or about March 10, 2011, and for thirty-eight (38) years prior thereto, and at all times mentioned here, the plaintiff was a servant and employee of the defendant.

4. That at all times mentioned herein, all or part of the duties of the plaintiff as such servant and employee furthered interstate commerce conducted by the defendant or in some way directly and substantially affected said commerce.

5. That at all times mentioned herein, it was the duty of the defendant to exercise ordinary care in providing plaintiff with a reasonably safe place in which to work, providing plaintiff with reasonably safe conditions to work, providing reasonably safe tools and equipment, providing reasonably safe methods of work and providing sufficient manpower to complete the work.

6. That on or about March 10, 2011, the plaintiff, while in the performance of his duties as a signal maintainer, was located at the defendant's Avon Yard in Avon, Indiana.

7. That at said time and place, the plaintiff was in the process of moving a heavy air compressor within the signal shop when the excessive weight of the compressor caused him to injure his left arm.

8. That at said time and place, the defendant, by and through its agents, servants and employees, committed one or more of the following negligent acts or omissions:

> (a) Failed to furnish the plaintiff with a reasonably safe place in which to work by tasking him to move objects too heavy for one person to move; and/or
>
> (b) Failed to provide the plaintiff with reasonably safe conditions to work that would have that would have allowed him to avoid injury; and/or

  (c) Failed to provide the plaintiff with reasonably safe tools and equipment due to their excessive weight; and/or

  (d) Failed to warn the plaintiff of the excessive weight of the air compressor; and/or

  (e) Negligently assigned plaintiff a task which it knew, or reasonably should have known, was in excess of his physical abilities in tasking him to move the air compressor without assitance; and/or

  (f) Failed to provide the plaintiff with reasonably safe methods of work in that he was tasked with moving the compressor without assistance or machinery.

  9. That as a result in whole or in part of one or more of the foregoing negligent acts or omissions on the part of the defendant, the plaintiff was caused to injure his left arm. As a result of the aforesaid injuries, plaintiff has been caused to endure severe pain and mental anguish and will suffer same in the future; he has received medical care and attention, and will continue to do so on a regular and ongoing basis and in the future, in an attempt to effect his medical cure; he has lost wages and will continue to lose wages; he has incurred medical expenses and pain and suffering, all to plaintiff's damage.

  WHEREFORE, plaintiff prays for judgment against defendant, CSX Transportation, Inc., a railroad corporation, in a sum in excess of Seventy-Five Thousand ($75,000.00) Dollars for his damages sustained plus costs of suit.

      **PLAINTIFF DEMANDS TRIAL BY JURY**

The Brennan Law Firm, P.C.

By: /s/ Ryan Brennan
Ryan B. Brennan
IL Bar #6257023
19 Bronze Pointe
Belleville, Illinois 62226
Phone: (618) 236-2121
Fax:   (618) 236-1282
E-Mail: ryan@feladlc.com

4